**KANEKA CORPORATION,**
**Plaintiff–Appellee**

v.

**JBS HAIR INC., Uno & Company, Ltd., Jinny Beauty Supply Co Inc, Defendants–Appellants.**

**No. 2014–1172.**

United States Court of Appeals, Federal Circuit.

April 7, 2016.

Anthony J. Dain, Procopio, Cory, Hargreaves & Savitch LLP, San Diego, CA, argued for plaintiff-appellee. Also represented by Frederick K. Taylor, Raymond K. Chan, Dave Deonarine.

Michael John Sacksteder, Fenwick & West, LLP, San Francisco, CA, argued for defendants-appellants. Also represented by Joseph Stephen Belichick, Jae Won Song, Mountain View, CA; Jeffrey A. Ware, Seattle, WA; Ryan J. Marton, Tyz Marton Schumann, San Francisco, CA.

WALLACH, PLAGER, and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**